675 A.2d 1119
IN THE MATTER OF BYRON R. KING, AN ATTORNEY AT LAW.

May 24, 1996.

## ORDER

The Disciplinary Review Board on March 5, 1996, having filed with the Court its decision concluding that **BYRON R. KING** of

**EDISON,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5 (failure to provide written retainer agreement), *RPC* 1.8(a) (improperly engaging in business transaction with a client) and *RPC* 8.1(b) (failure to cooperate with the ethics authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of three years, and that respondent should be temporarily suspended from the practice of law until a supervising attorney is approved by the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **BYRON R. KING** is hereby reprimanded; and it is further

ORDERED that **BYRON R. KING** is temporarily suspended from the practice of law until the Office of Attorney Ethics approves respondent's selection of a supervising attorney and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that the Disciplinary Review Board cause this Order to be published in the *New Jersey Lawyer,* the *New Jersey Law Journal* and two consecutive issues of a newspaper of general circulation in Middlesex County; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.